# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BOLD ST. PETERS, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOLD ON BOULEVARD LLC, RCG BOLD ) <br> GP LLC, BOLD APARTMENTS LLC, RCG ) <br> BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD ) <br> 3 LLC, RCG BOLD 4 LLC, RCG BOLD 5 LLC, ) <br> and NACHMAN Y. TEREN, ) <br> ) <br> Defendants. ) <br> ) | No. 1:24-cv-00821-JLH |

## DECLARATION OF MICHAEL G. KAVOURIAS

I, Michael G. Kavourias make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a Partner of Mandrake Capital Partners. I have personal knowledge of, or was supplied with, documents or information from persons with knowledge supporting the facts stated herein.

2. Bold JV, L.P. is the limited partner of Bold St. Peters, L.P. Bold JV, L.P. owns all of the equity interests in Bold St. Peters, L.P.

3. Bold GP, LLC is the general partner of Bold St. Peters, L.P. The sole member of Bold GP, LLC is Bold JV, L.P.

4. Mandrake St. Peters Investors, L.P. and St. Peters GP, LLC are the limited partner and general partner, respectively, of Bold JV, L.P. and collectively own all of the equity interests in Bold JV, L.P.

4893-7619-9378.2

5. Gerard Alexander Development Holdings III, LLC and MCP St. Peters GP, LLC are the limited partner and general partner, respectively, of Mandrake St. Peters Investors, L.P. and collectively own all of the equity interests in Mandrake St. Peters Investors, L.P.

6. Gerard Alexander Development Holdings III, LLC is the sole member of MCP St. Peters GP, LLC.

7. Gerard Alexander Property Holdings LLC is the sole member of Gerard Alexander Development Holdings III, LLC.

8. The three members of Gerard Alexander Property Holdings LLC are Mizaka Real Estate Holdings, LLC, JBEW Real Estate Holdings, LLC and DKM Holdings, LLC.

9. The sole member of Mizaka Real Estate Holdings, LLC is the Mizaka Trust. Robert L. Goldstein, a citizen of the State of New York, is the Trustee of the Mizaka Trust.

10. The sole member of JBEW Real Estate Holdings, LLC is the DAS Family Trust II. Eugene Major, a citizen of the State of New York, is the Trustee of the DAS Family Trust II.

11. The members of DKM Holdings, LLC are the ZJ Family Trust and the TJ Descendants Trust. Lance Hirt, a citizen of the State of New York, is the Trustee of both the ZJ Family Trust and the TJ Descendants Trust.

12. The ownership structure of Plaintiff Bold St. Peters, L.P. set forth herein as of today is the same as it was on June 14, 2014, the date on which Plaintiff filed its *Verified Complaint for Declaratory Relief, Damages and other Equitable Relief* in the Court of Chancery of the State of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

4893-7619-9378.2

EXECUTED on July 20, 2024.

DocuSigned by:

*Michael G. Kavourias*

DA186BE405B64A9...

MICHAEL G. KAVOURIAS

3

4893-7619-9378.2