# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOLD ST. PETERS, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:24-cv-00821-JLH |
| v. | ) |
| | ) |
| BOLD ON BOULEVARD LLC, RCG BOLD GP LLC, BOLD APARTMENTS LLC, RCG BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD 3 LLC, RCG BOLD 4 LLC, RCG BOLD 5 LLC, and NACHMAN Y. TEREN, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANTS' PARTIAL MOTION TO DISMISS

WHEREAS, on July 22, 2024, Defendants filed a 12(b)(6) Partial Motion to Dismiss Plaintiff's Claims (D.I. 9, the "Motion");

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by and through their undersigned counsel, subject to the approval of the Court, that the deadline for Plaintiff to file its answering brief in opposition to or otherwise respond to the Motion is extended to August 12, 2024.[1]

---

[1] This stipulation is without prejudice to Plaintiff's pending motion to remand.

`Case 1:24-cv-00821-JLH   Document 22   Filed 07/31/24   Page 2 of 2 PageID #: 987`

| POTTER ANDERSON & CORROON LLP | K&L GATES LLP |
|---|---|
| */s/ Charles R. Hallinan* | */s/ Michael J. Vail* |
| Jesse L. Noa (No. 5973) | Steven L. Caponi (No. 3484) |
| Charles R. Hallinan (No. 6814) | Michael J. Vail (No. 6994) |
| 1313 North Market Street, 6th Floor | 600 N. King Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 416-7000 |
| | |
| Aaron L. Casagrande | Kartik R. Singapura |
| ICE MILLER LLP | Mason G. Jones |
| 100 Light Street, Suite 1350 | Nathan Cox |
| Baltimore, Maryland 21202 | BELL NUNNALLY & MARTIN LLP |
| (410) 951-5870 | 2323 Ross Avenue, Suite 1900 |
| | Dallas, TX 75201 |
| John D. French | |
| ICE MILLER LLP | |
| One American Square, Suite 2900 | |
| Indianapolis, IN 46282 | |
| (317) 236-2424 | |
| | |
| *Attorneys for Plaintiff Bold St. Peters, L.P.* | *Attorneys for Defendants Bold on Boulevard LLC, RCG Bold GP LLC, Bold Apartments LLC, RCG Bold 1 LLC, RCG Bold 2 LLC, RCG Bold 3 LLC, RCG Bold 4 LLC, RCG Bold 4 LLC, RCG Bold 5 LLC, and Nachman Y. Teren* |

Dated: July 31, 2024

SO ORDERED this _____ day of _____, 2024.

_____
Judge Jennifer L. Hall