# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BOLD ST. PETERS, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:24-cv-00821-JLH |
| v. | ) |
| | ) |
| BOLD ON BOULEVARD LLC, RCG BOLD | ) |
| GP LLC, BOLD APARTMENTS LLC, RCG | ) |
| BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD | ) |
| 3 LLC, RCG BOLD 4 LLC, RCG BOLD 5 LLC, | ) |
| and NACHMAN Y. TEREN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Aaron L. Casagrande of Ice Miller LLP, 100 Light Street, Suite 1350, Baltimore, MD 21202 and John D. French of Ice Miller LLP, One American Square, Suite 2900, Indianapolis, IN 46282 to represent Plaintiff Bold St. Peters, L.P. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Jesse L. Noa*
Jesse L. Noa (No. 5973)
Charles R. Hallinan (No. 6814)
Hercules Plaza
1313 N. Market St.
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
jnoa@potteranderson.com
challinan@potteranderson.com

Dated: August 1, 2024

*Counsel for Plaintiff Bold St. Peters, L.P.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                          _____
                                            United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 1, 2024          Signed: */s/ Aaron L. Casagrande*
                                      Aaron L. Casagrande (No. 28518)
                                      ICE MILLER LLP
                                      100 Light Street, Suite 1350
                                      Baltimore, Maryland 21202
                                      Telephone: (410) 951-5870
                                      Email: Aaron.Casagrande@icemiller.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Indiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 1, 2024          Signed: */s/ John D. French*
                              John D. French (Attorney No. 37629-53)
                              ICE MILLER LLP
                              One American Square, Suite 2900
                              Indianapolis, Indiana 46282-0200
                              Telephone: (317) 236-2424
                              Email: JD.French@icemiller.com