IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOLD ST. PETERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BOLD ON BOULEVARD LLC, RCG BOLD GP LLC, BOLD APARTMENTS, LLC, RCG BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD 3 LLC, RCG BOLD 4 LLC, AND RCG BOLD 5 LLC, AND NACHMAN Y. TEREN, <br><br> Defendants. | C.A. No. 24-821-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 1, 2024, true and correct copies of *Defendant's Rule 26 Disclosures* were served via electronic mail upon the following counsel:

>Potter Anderson & Corroon, LLP
>Jesse L. Noa
>Charles R. Hallinan
>1313 N. Market St., Hercules Plaza, 6th Flr.
>Wilmington, DE 19801

Dated: August 1, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com

**BELL NUNNALLY & MARTIN LLP**
Kartik R. Singapura
Mason G. Jones
Nathan Cox
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
Phone: (214) 740-1400
ksingapura@bellnunnally.com
mjones@bellnunnally.com
ncox@bellnunnally.com

*Attorneys for Defendants*