**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOLD ST. PETERS, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOLD ON BOULEVARD LLC, RCG BOLD )<br>GP LLC, BOLD APARTMENTS LLC, RCG )<br>BOLD 1 LLC, RCG BOLD 2 LLC, RCG BOLD )<br>3 LLC, RCG BOLD 4 LLC, RCG BOLD 5 LLC, )<br>and NACHMAN Y. TEREN, )<br>)<br>Defendants. )<br>) | No. 1:24-cv-00821-JLH |

**PARTIES' STATEMENT CONCERNING**
**REMOVED CASE PURSUANT TO DEL. LR 81.2**

Plaintiff Bold St. Peters, L.P. ("Plaintiff") and Defendants Bold on Boulevard LLC RCG Bold GP LLC, Bold Apartments, LLC, RCG Bold 1 LLC, RCG Bold 2 LLC, RCG Bold 3 LLC, RCG Bold 4 LLC, and RCG Bold 5 LLC and Nachman Y. Teren (collectively, "Defendants") hereby submit this joint statement pursuant to D. Del. LR 81.2.

On June 14, 2024, Plaintiff filed an action against Defendants in Delaware Chancery Court asserting claims for Declaratory and Injunctive Relief under 6 Del. C. § 18-110, among other claims. On July 15, 2024, Defendants removed this action to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. (D.I. 1.). On July 22, 2024, Defendants filed a Partial Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and a brief in support of the same. (D.I. 9, 10). On July 26, 2024, Plaintiff filed an Emergency Motion for Remand and Expedited Consideration (D.I. 13-18). On July 26, 2024, the Court issued an Oral Order directing Defendants to file a response to Plaintiffs' Emergency Motion to Remand by August 1, 2024. (D.I. 20). On August 1, 2024,

1

Defendants filed their Response to Plaintiff's Emergency Motion to Remand. On August 2, 2024, Plaintiff filed its reply in support of its Emergency Motion to Remand.

Pursuant to D. Del. LR 81.2, the Parties identify the following pending matters which require judicial action:

1. Plaintiff's Emergency Motion for Remand and Expedited Consideration, filed July 26, 2024. Briefing on Emergency Motion for Remand and Expedited Consideration is completed; and

2. Defendants' Motion to Dismiss, filed July 17, 2024. Briefing on Defendants' Partial Motion to Dismiss remains open.

Dated: August 5, 2024

| | |
|---|---|
| **K&L GATES LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Steven L. Caponi* | By: */s/ Jesse L. Noa* |
| Steven L. Caponi (No. 3484) | Jesse L. Noa (No. 5973) |
| 600 King Street, Suite 901 | Charles R. Hallinan (No. 6814) |
| Wilmington, DE 19801 | Hercules Plaza |
| Telephone: (302) 416-7000 | 1313 N. Market St. |
| steve.caponi@klgates.com | P.O. Box 951 |
| | Wilmington, DE 19899 |
| *Counsel for Plaintiffs* | (302) 984-6000 |
| | jnoa@potteranderson.com |
| **BELL NUNNALLY & MARTIN LLP** | challinan@potteranderson.com |
| Kartik R. Singapura (*pro hac*) | |
| Mason G. Jones (*pro hac*) | **OF COUNSEL:** |
| Nathan Cox (*pro hac*) | Aaron L. Casagrande |
| 2323 Ross Avenue, Suite 1900 | ICE MILLER LLP |
| Dallas, TX 75201 | 100 Light Street, Suite 1350 |
| Phone: (214) 740-1400 | Baltimore, MD 21202 |
| | (410) 951-5870 |
| | John D. French |
| | ICE MILLER LLP |
| | One American Square, Suite 2900 |
| | Indianapolis, IN 46282-0200 |
| | (317) 236-2424 |